## Myron A. Martin, Administrator, Appellee, v. Clarence T. Coe and Samuel A. Coe, Appellants.

### Gen. No. 22,006. (Not to be reported in full.)

Appeal from the Circuit Court of Cook county; the Hon. THOMAS G. WINDES, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1915. Reversed and remanded with directions. Opinion filed November 15, 1916. Rehearing denied November 28, 1916.

### Statement of the Case.

Bill in chancery by Myron A. Martin, administrator of the estate of Alice Long, deceased, complainant,

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

against Clarence T. Coe and Samuel A. Coe, defendants, in the Circuit Court of Cook county, to set aside a certain instrument whereby deceased's property was transferred to defendants without consideration, on the ground of insufficient mental capacity in deceased at the time of executing the instrument. From a decree granting the relief prayed, defendants appeal.

George A. Long, a defendant, husband of deceased, answered and filed a cross-bill alleging that the property conveyed by deceased, which stood in her name at the time of executing the instrument, was in part his property. The court decreed affirmative relief on the cross-bill.

HENRY J. and CHARLES AARON, for appellants; DOUGLAS C. GREGG, of counsel.

CHARLES H. ALDRICH, for appellee.

PARK PHIPPS, for appellee George A. Long.

MR. JUSTICE GOODWIN delivered the opinion of the court.

### Abstract of the Decision.

CANCELLATION OF INSTRUMENTS, § 35*—*when evidence insufficient to sustain decree setting aside instrument.* On a bill to set aside a written instrument transferring property to defendants, on the ground of insufficient mental capacity in the maker of the instrument at the time the instrument was executed, evidence examined and a decree finding that the maker had not such capacity and setting the instrument aside, *held* not sustained by the evidence.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.